Stephen T. Jones, Bar No. 361613
stephen@fcraattorneys.com
Jaffer & Associates PLLC
5301 Alpha Road
Suite 80-5
Dallas, TX 75240
Telephone: 214-945-0000
Attorneys for Plaintiff
CORY CORDELL SMITH

Rod M. Fliegel, Bar No. 168289
rfliegel@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone:    415.433.1940
Fax No.:        415.399.8490

William J. Simmons (*pro hac vice*)
wsimmons@littler.com
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Telephone:   267.402.3047

Attorneys for Defendant
INFLECTION RISK SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CORY CORDELL SMITH,<br><br>            Plaintiff,<br><br>     v.<br><br>INFLECTION RISK SOLUTIONS, LLC,<br><br>            Defendant. | Case No.  4:25-cv-07620-TSH<br><br>**STIPULATION TO STAY DISCOVERY AND ADJOURN CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF MOTION TO COMPEL ARBITRATION; ORDER**<br><br>Honorable Thomas S. Hixson<br>Trial Date: None yet.<br>Complaint Filed:   September 8, 2025 |

**STIPULATION AND ORDER**

Pursuant to Local Civil Rule 6-1(b) and 6-2, Plaintiff Cory Cordell Smith and Defendant Inflection Risk Solutions, LLC, hereby stipulate to stay discovery and adjourn the Case Management Conference presently scheduled for January 12, 2026 at 2:00 p.m. (Dkt. 17) and vacating attendant deadlines pending the resolution of Defendant's Motion to Stay and Compel Arbitration (Dkt. 20) and request a Court order approving their stipulation as follows:

1. On November 20, 2025, after meeting and conferring with Plaintiff and being unable to reach agreement, Defendant filed its Motion to Stay and Compel Arbitration ("the Motion"), arguing that Plaintiff is barred by his individual agreement to arbitrate from proceeding with litigation in this Court. *See* Dkt. 20.

2. Plaintiff opposed the Motion and does not waive any rights, claims or defenses to the Motion by entering into this Stipulation. Defendant likewise does not waive any rights, claims or defenses (including its position that Plaintiff is bound to arbitrate) by entering into this Stipulation.

3. The Motion is now fully-briefed and set for a hearing date of January 13, 2026. *See* Dkt. 20, 24, 25.

4. Part of Plaintiff's opposition included a request, in the alternative, for an evidentiary hearing. *See* Dkt. 24. Defendant opposes that request and denies any evidentiary hearing is necessary. *See* Dkt. 25.

5. Regardless of the Parties' competing positions on the Motion, they have met and conferred and agree that at this time it is most efficient for the Parties and Court to stay discovery and the Case Management Conference (and attendant deadlines thereto) until it is determined, via resolution of the Motion, whether the case will continue in ligation in this Court at all or whether the Court lacks jurisdiction because Plaintiff is bound to arbitrate his claims (and any discovery related thereto) before an arbitrator rather than in this Court. Engaging in discovery or submitting materials required for the Case Management Conference could present unnecessary cost and duplication of efforts depending on the nature of the Court's resolution of the Motion. Meanwhile, as this case was just recently filed and no scheduling order has been entered, granting the stipulated relief would have no material impact on the schedule for the case.

6. As the Court has the inherent power to manage its docket for, among other things, efficient use of the Court's and Parties' resources, the Parties agree it would be proper for the Court to approve their stipulation, stay discovery, and adjourn the Case Management Conference pending resolution of the Motion.

7. The Case Management Conference has not been previously adjourned and no previous stay of discovery has been entered. Pursuant to Local Civil Rule 6-1(b), this Stipulation is filed more than 14 days before the scheduled Case Management Conference it seeks to adjourn.

8. Therefore, the Parties hereby stipulate and agree, subject to Court order approving their stipulation, that: (1) discovery should be stayed pending the Court's resolution of the Motion; (2) the Case Management Conference currently scheduled for January 12, 2026 at 2:00 p.m. should be adjourned and all attendant deadlines related thereto vacated; and (3) following the Court's resolution of the Motion, if necessary based on the Court's decision, the Court should reset the Case Management Conference for a date convenient for the Court.

**IT IS SO STIPULATED**.

Dated: December 18, 2025

LITTLER MENDELSON, P.C.
*/s/ Rod M. Fliegel*
Rod M. Fliegel
Attorneys for Defendant
INFLECTION RISK SOLUTIONS, LLC

Dated: December 18, 2025

Jaffer & Associates PLLC

*/s/ Stephen Jones*
Stephen Jones
Attorneys for Plaintiff
CORY CORDELL SMITH

## ORDER APPROVING STIPULATION

**IT IS SO ORDERED.**

DISCOVERY IS HEREBY STAYED PENDING RESOLUTION OF DEFENDANT'S MOTION TO COMPEL ARBITRATION (Dkt. 20), THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 12, 2026 (Dkt. 17) AND ALL ATTENDANT DEADLINES ARE HEREBY VACATED. IF NECESSARY, THE COURT SHALL RE-SET THE CASE MANAGEMENT CONFERENCE AT A FUTURE DATE.

Hon. Thomas S. Hixson