**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY CORDELL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>INFLECTION RISK SOLUTIONS, LLC,<br><br>Defendant. | Case No. 3:25-cv-07620<br><br>Judge Thomas Hixson<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice, DOES HEREBY ORDER that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _September 21, 2026

THOMAS HIXSON
United States Magistrate Judge